OPINION — AG — ** QUORUM — MEMBERS NECESSARY TO CONSTITUTE ** FIVE MEMBERS OF A NINE MEMBER BOARD OF DIRECTORS OF A COUNTY FREE FAIR ASSOCIATION GOVERNED BY 2 O.S. 104 [2-104](A) — 2 O.S. 104 [2-104](M) PRESENT AT A MEETING OF SUCH BOARD, CONSTITUTES A QUORUM FOR THE TRANSACTION OF OFFICIAL BUSINESS. (MAJORITY OF MEMBERS) CITE: 2 O.S. 104 [2-104](C) (PUBLIC MEETING) (JAMES C. HARKIN)